# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                   Case Number: **2:07-cr-89-FtM-34DNF**

**WADE CHALENDER**                                     USM Number: **22315-009**

Martin DerOvanesian, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to the violation charged in paragraph number One of the Superceding Petition.  The defendant is adjudicated guilty of this violation.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for conduct occurring while on supervision, in violation of the standard conditions of supervision: The defendant committed the offense of DUI, convicted in Lee County Court, Case Number 07-05-53OCT. | July 3, 2007 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violations Two & Three were dismissed on the motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/1/2007

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

November ___5th___,2007

2:07-cr-89-FtM-34DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Nine (9) Months**.

**The Court recommends to the Bureau of Prisons:**

    **1. Participation in alcohol and/or drug treatment program, if and when eligible.**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

**The term of Supervised Release is REVOKED and not reimposed.**

AO 245B (Rev. 6/05) Judgment in a Criminal Case